**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-7169**

---

JAMAR DELMONT ROBINSON,

                                        Petitioner - Appellant,

        versus

GENE M. JOHNSON, Director  of  the  Virginia
Department of Corrections,

                                        Respondent - Appellee.

---

Appeal  from  the  United  States  District  Court  for  the  Eastern
District  of  Virginia,  at  Norfolk.   Raymond  A.  Jackson,  District
Judge.  (CA-05-4-FBS)

---

Submitted:  January 31, 2006        Decided:  February 17, 2006

---

Before WILKINSON, MICHAEL, and DUNCAN, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Jamar Delmont Robinson, Petitioner Pro Se.  Richard Bain Smith,
Assistant Attorney General, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jamar Delmont Robinson, a state prisoner, seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). An appeal may not be taken from the final order in a § 2254 proceeding unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue for claims addressed by a district court absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find both that the district court's assessment of his constitutional claims is debatable or wrong and that any dispositive procedural rulings by the district court are also debatable or wrong. See Miller-El v. Cockrell, 537 U.S. 322, 338 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683 (4th Cir. 2001). We have independently reviewed the record and conclude that Robinson has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

- 2 -